# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document related to:**<br><br>*County of Anoka, Minnesota v. Purdue Pharma L.P., et al.*<br>**Case No.: 18-op-45101** | Individual Case No.:  1:17-md-02804-DAP<br><br>JUDGE DAN AARON POLSTER |

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the plaintiff and pursuant to Federal Rule of Civil Procedure 41(a) move that the above entitled action be discontinued and dismissed with prejudice against defendant RiteAid of Maryland, Inc. d/b/a RiteAid Mid-Atlantic Customer Support Center, Inc., without costs to either party as against the other.

Respectfully submitted,

CRUEGER DICKINSON LLC

By */s/ Erin K. Dickinson*
Erin K. Dickinson
4532 N. Oakland Ave.
Whitefish Bay, WI 53211
Ph: 414.210.3868

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 11, 2021, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

*/s/Erin K. Dickinson*
Erin K. Dickinson